UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDMUND HEARTSTEDT, | ) | Case No.: 1:17 CV 144 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ALLY FINANCIAL, INC., | ) | |
| | ) | |
| | ) | ORDER |
| Defendant | ) | |

This court has been advised by counsel that this action has been settled, and that the parties will be submitting a dismissal entry to the court. Therefore it is not necessary that the action remain upon the calendar of the court. The parties must submit a dismissal entry to the court by September 24, 2018.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 29, 2018